# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-00156 |
| vs. | § § § | **PATENT CASE** |
| ADT, LLC et al | § § § § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE THAT Plaintiff Rothschild Connected Devices Innovations, LLC, pursuant to Rule 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its Complaint against Defendant Toshiba America Information Systems, Inc. in *Rothschild Connected Devices Innovations, LLC v. ADT, LLC, et al* (E.D. Tex. Case No. 2:15-CV-00156), without prejudice. In accordance with Rule 41(a)(1)(A)(i), Rothschild states that this notice has been filed prior to service by Toshiba America Information Systems, Inc. of an answer.

Dated: May 5, 2015

Respectfully submitted,

    */s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
ANTHONY RICCIARDELLI
State Bar No. 24070493
**BROWN FOX KIZZIA & JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@brownfoxlaw.com
brad@brownfoxlaw.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 5[h] day of May, 2015. Any other counsel of record will be served by first class mail.

    */s/Jay Johnson*
Jay Johnson