# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-00156 |
| vs. | § § § | **(LEAD CASE)** |
| | § § | **PATENT CASE** |
| UNIDEN AMERICA CORPORATION | § § § § | |
| Defendants. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-00172 |
| vs. | § § § | **(CONSOLIDATED CASE)** |
| | § § | **PATENT CASE** |
| UNIDEN AMERICA CORPORATION | § § § § | |
| Defendants. | § § § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE THAT Plaintiff Rothschild Connected Devices Innovations, LLC, pursuant to Rule 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its Complaint against Defendant Uniden America Corporation in *Rothschild Connected Devices Innovations, LLC v. ADT, LLC, et al* (E.D. Tex. Case No. 2:15-CV-00156),

without prejudice. In accordance with Rule 41(a)(1)(A)(i), Rothschild states that this notice has been filed prior to service by Uniden America Corporation of an answer.

Dated: May 8, 2015

Respectfully submitted,

   */s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
ANTHONY RICCIARDELLI
State Bar No. 24070493
**BROWN FOX KIZZIA & JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@brownfoxlaw.com
brad@brownfoxlaw.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8[h] day of May, 2015. Any other counsel of record will be served by first class mail.

   */s/Jay Johnson*
Jay Johnson