**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ADT, LLC | ) ) |
| Defendant. | ) ) |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WESTEC INTELLIGENT SURVEILLANCE, INC. | ) ) ) |
| Defendant. | ) |

Case No. 2:15-cv-0156-JRG

Lead Case

Case No. 2:15-cv-00174-JRG

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE THAT Plaintiff Rothschild Connected Devices Innovations, LLC, pursuant to Rule 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its Complaint against Defendant Westec Intelligent Surveillance, Inc. (õWestecö) in *Rothschild Connected Devices Innovations, LLC v. ADT, LLC, et al* (E.D. Tex. Case No. 2:15-CV-00156), without prejudice. In accordance with Rule 41(a)(1)(A)(i), Rothschild states that this notice has been filed prior to service by Westec of an answer or motion to dismiss.

Dated: July 10, 2015

                          Respectfully submitted,

                          */s/Jay Johnson*
                          **JAY JOHNSON**
                          State Bar No. 24067322
                          **BRAD KIZZIA**
                          State Bar No. 11547550
                          **ANTHONY RICCIARDELLI**
                          State Bar No. 24070493
                          **KIZZIA JOHNSON, PLLC**
                          750 N. St. Paul Street, Suite 1320
                          Dallas, Texas 75201
                          (214) 613-3350
                          Fax: (214) 613-3330
                          jay@kjpllc.com
                          bkizzia@kjpllc.com
                          anthony@brownfoxlaw.com

                          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 10th day of July, 2015. Any other counsel of record will be served by first class mail.

                          */s/Jay Johnson*
                          Jay Johnson