# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-00156 |
| vs. | § § § | **(LEAD CASE)** |
| | § | **PATENT CASE** |
| ADT, LLC | § § § | |
| Defendant. | § § | |
| _____ | § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-00158 |
| vs. | § § § | **(CONSOLIDATED CASE)** |
| | § | **PATENT CASE** |
| BRICKHOUSE ELECTRONICS, LLC | § § § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT BRICKHOUSE ELECTRONICS, LLC WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement ("Settlement Agreement"), Plaintiff Rothschild Connected Devices Innovations, LLC ("RCDI") files this unopposed motion to dismiss with prejudice. All claims between the parties have been resolved.

The parties have reached a final written and executed agreement (the Settlement Agreement).  In anticipation of the parties' completion of their respective obligations under the Settlement Agreement, the parties desire to have this matter dismissed with prejudice.  The parties further stipulate that the Court will retain jurisdiction over this matter for purposes of enforcing the terms of the Settlement Agreement.

Wherefore RCDI, therefore, moves this Court to dismiss this action and all claims by RCDI against Brickhouse Electronics, LLC ("Brikchouse") and any counterclaims or other claims by Brickhouse that may exist, with prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: July 31, 2015

Respectfully submitted,

_/s/Jay Johnson_____
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Court Rule CV-7(i), I certify that on July 31, 2015, Jay Johnson, counsel for Plaintiff Rothschild Connected Devices Innovations, LLC, conferred with Ms. Margaret Ives, counsel for Defendant Brickhouse Electronics, LLC, regarding this Motion.  Ms. Ives confirmed that Defendant does not oppose the motion.

/s/Jay Johnson
Jay Johnson


**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 31, 2015.

*/s/Jay Johnson*
Jay Johnson