# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADT, LLC )<br>)<br>Defendant. ) | Case No. 2:15-cv-0156-JRG-RSP<br><br>Lead Case |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL ELECTRIC COMPANY )<br>)<br>Defendant. ) | Case No. 2:15-cv-00161-JRG-RSP |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE THAT Plaintiff Rothschild Connected Devices Innovations, LLC, pursuant to Rule 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its Complaint against Defendant General Electric Company ("GE") in *Rothschild Connected Devices Innovations, LLC v. ADT, LLC, et al* (E.D. Tex. Case No. 2:15-CV-00156), without prejudice. In accordance with Rule 41(a)(1)(A)(i), Rothschild states that this notice has been filed prior to service by GE of an answer or motion to dismiss.

Dated: August 18, 2015  Respectfully submitted,

      */s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON, PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 18, 2015.

      */s/Jay Johnson*
      Jay Johnson